IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN THE ESTATE OF MARGUARITE
WISNIEWSKI and
SALY ANN WISNIEWSKI aka ANN AUSTIN,     JUDGMENT IN A CIVIL CASE

    Plaintiff,                                                                           12-cv-662-bbc

v.

DISTRICT ATTORNEY and
COUNTY OF COLUMBIA WI,
PARDEEVILLE WI,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed on her claims and dismissing this case for failure to state a claim upon which relief may be granted.

_Peter Oppeneer_      11/30/12
Peter Oppeneer, Clerk of Court      Date